IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEROME FERRIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4780

_____/

Opinion filed January 3, 2017.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Jerome Ferrier, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Michael McDermott, Assistant Attorney
General, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.